AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

MICHELE QUIGLEY

*Plaintiff(s)*

v.

MEANINGFUL NY INITIATIVES FOR PEOPLE WITH DISABILITIES, INC.,
ACCESS: SUPPORTS FOR LIVING INC.,
and RONALDO COLAVITO

*Defendant(s)*

Civil Action No. 25-cv-2683 JRC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MEANINGFUL NY INITIATIVES FOR PEOPLE WITH DISABILITIES, INC.,
ACCESS: SUPPORTS FOR LIVING INC.,
and RONALDO COLAVITO
164-14 Cross Bay Blvd, Howard Beach, NY 11414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    TA Legal Group PLLC
Taimur Alamgir
205 E. Main Street,
Suite 3-2
Huntington, NY 11743
(914) 552-2669
tim@talegalgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/14/2025

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*